UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE LIVIA M. SCOTTO,

    Plaintiff,
                      Case No. 8:18-cv-2228-T-33JSS

_____/

**ORDER**

This cause is before the Court pursuant to pro se Plaintiff Livia Scotto's filings and the Pre-Filing Review Order In Re: Livia M. Scotto, Case No. 8:18-mc-62-T-23 (M.D. Fla. Aug. 6, 2018)(Merryday, S.). Under the Pre-Filing Review Order, unless Scotto pays the full filing fee of $400, any complaint that she submits will be scrutinized for frivolity before it can be scanned and docketed. If the Judge assigned to the case determines that Scotto's complaint is, indeed, frivolous, that Judge will direct the Clerk to return the documents to Scotto and thereafter close the case.

On September 12, 2018, Scotto personally delivered thousands of pages of documents to the Court. The documents are undecipherable, and the Court concludes that her action is frivolous. The Court has previously directed Scotto to free legal representation and other resources for filing a non-frivolous complaint. See, e.g., Scotto v. Smiesk, No. 8:16-cv-2941-T-30JSM (M.D. Fla. Nov. 8, 2017). Now, the Court, in

compliance with the Pre-Filing Review Order, directs the Clerk to return the documents to Scotto and to close the case.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Pursuant to the Pre-Filing Review Order, the Court has reviewed Scotto's documents and determines that the submissions are frivolous.

(2) The Clerk is directed to return the documents to Scotto and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of September, 2018.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE